IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

HATHORNE'S WELL SERVICE,

      Plaintiff,

vs.                                                                           No. CIV 08-367 LFG/DJS

FORSTER DRILLING CORP.,

      Defendant.

## ORDER DENYING MOTION TO WITHDRAW AS COUNSEL
## UNTIL CONDITIONS ARE MET

THIS MATTER is before the Court on a Motion to Withdraw filed by Mason & Isaacson, P.A. Movant seeks to withdraw as counsel on behalf of Defendant, Forster Drilling Corporation.

Movant seeks withdrawal, contending that its client, Forster, substantially failed to fulfill its obligations to Movant and that continued representation has been rendered unreasonably difficult.

As a precondition to the grant of the motion, Movant must write to Forster, advising that corporations may not appear in a *pro se* capacity, D.N.M.LR-Civ. 83.8, and therefore, Forster will be obligated to secure new counsel and have counsel enter an appearance within 15 days of the grant of the motion.

Movant shall advise Forster that the failure to have substitute counsel enter an appearance can result in striking of Forster's pleadings and/or, the entry of a default judgment against it.

Movant shall certify to the Court that it has complied with these notification requirements, and shall provide the Court with the name of Forster's president and/or C.E.O., together with his/her most current mailing address and telephone number.

Upon receipt of Movant's certification that it has complied with the Court's requirements, the Court will grant Movant's motion. Until such time, however, Movant remains counsel of record.

                                                          */s/ Lorenzo F. Garcia*
                                                          Lorenzo F. Garcia
                                                          Chief United States Magistrate Judge